IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

| ERIC A CLARK, | |
|---|---|
| Plaintiff, | |
| v. | Case No. CIV-10-378-RAW |
| MICHAEL J. ASTRUE, Commissioner, Social Security Administration, | |
| Defendant. | |

## ORDER REMANDING CASE FOR FURTHER PROCEEDINGS

On February 8, 2012, United States Magistrate Judge Kimberly E. West entered a Report and Recommendation, recommending that the above-styled case be reversed and remanded for further proceedings. No objection has been filed.

IT IS THEREFORE ORDERED that the decision of the Administrative Law Judge is hereby **REVERSED** and this case is hereby **REMANDED** pursuant to the fourth sentence of 42 U.S.C. §405(g) for further administrative proceedings.

IT IS SO ORDERED this 5th day of March, 2012.

**Dated this 5th day of March, 2012.**

Ronald A. White
United States District Judge
Eastern District of Oklahoma